**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01078-RPM-BNB

MARTIN DOREMUS,

      Plaintiff,

v.

VALENTINE & KEBARTAS, INC., a Massachusetts corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

      DATED: June 13th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                U.S. DISTRICT JUDGE